IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants. | **No. 4:24-cv-00048-DN-PK**<br><br>**MOTION TO ENTER SCHEDULING ORDER UNDER DUCivR 7-4(c)**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

Pursuant to DUCivR 7-4(c), the parties conferred and submit the proposed scheduling order, attached to this motion.

Respectfully submitted this 15th day of August.

TODD KIM
Assistant Attorney General

/s/ Jeffrey N. Candrian
JEFFREY N. CANDRIAN (Colo. 43839)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th St. S. Terrace #370
Denver, CO 80202
Tel: (303) 844-1382
Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division

150 M St. NE
Washington, D.C.
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of this filing to all

counsel of record.

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
U.S. Department of Justice