*State of Utah v. Haaland* Case No. 4:24-cv-0048-DN-PK

# EXHIBIT 3

Proposed Reponse to Plaintiffs' Complaint

Stephen H.M. Bloch (# 7813)
Laura Peterson (# 16135)
Hanna Larsen (# 18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance*

Jonathan Martel (Pro Hac Vice)
Kolya Glick (Pro Hac Vice)
Charles Birkel (Pro Hac Vice)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 942-5862
jonathan.martel@arnoldporter.com
kolya.glick@arnoldporter.com
charlie.birkel@arnoldporter.com

*Attorneys for Proposed Defendant-Intervenor National Parks Conservation Association*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| **STATE OF UTAH** *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>**DEB HAALAND**, *et al.*,<br><br>  Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE** and **NATIONAL PARKS CONSERVATION ASSOCIATION**,<br><br>  Proposed Defendant-Intervenors. | Case No. 4:24-cv-0048-DN-PK<br><br>**DEFENDANT-INTERNENORS' [PROPOSED] RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-4(b)(2), Defendant-Intervenors Southern Utah Wilderness Alliance and National Parks Conservation Association (collectively, "Conservation Organizations") submit this response to Plaintiffs State of Utah *et al.*'s Complaint (ECF No. 1).

As modified by NPS's commitments made in the 2024 settlement agreement between NPS and the Conservation Organizations,[1] the National Park Service's approval of the Glen Canyon Off-Road Vehicle Management Plan and Final Environmental Impact Statement, the associated Record of Decision, and special regulation implementing the ORV Plan, 36 C.F.R. § 7.70(f), 86 Fed. Reg. 3804 (Jan. 15, 2021) is supported by substantial evidence and is not arbitrary, capricious, an abuse of discretion, *ultra vires*, or otherwise contrary to law. The Conservation Organizations deny that Plaintiffs are entitled to any relief. Additionally, the Conservation Organizations raise the following affirmative defenses:

1. Plaintiffs fail to state a claim upon which relief may be granted for all or some of the claims in the Complaint;

2. All or some of Plaintiffs' claims in the Complaint are not ripe;

3. Plaintiffs lack subject matter jurisdiction for all or some of the claims in the Complaint.

---

[1] *See generally*, Settlement Agreement, *Nat'l Parks Conserv. Ass'n. v. United States Dep't of the Interior*, 1:21-cv-00171-ACR (D.D.C.); *S. Utah Wilderness All. v. Nat'l Park Serv.*, 1:23-cv-00693-ACR (D.D.C.), ECF No. 83-1.

2

Respectfully Submitted October 7, 2024

| | |
|---|---|
| *s/ Hanna Larsen* | |
| Hanna Larsen | Jonathan Martel (Pro Hac Vice) |
| Stephen Bloch | Charles Birkel (Pro Hac Vice) |
| Laura Peterson | Kolya Glick (Pro Hac Vice) |
| | |
| *Attorneys for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance* | *Attorneys for Proposed Defendant-Intervenor National Parks Conservation Association* |