Stephen H.M. Bloch (#7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233
steve@suwa.org

*Attorney for Proposed Defendant-Intervenors*
*Southern Utah Wilderness Alliance and*
*National Parks Conservation Association*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DEB HAALAND**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE** and **NATIONAL PARKS CONSERVATION ASSOCIATION**, <br><br> Proposed Defendant-Intervenors. | Case No. 4:24-cv-0048-DN-PK <br><br> **NOTICE OF APPEARANCE** <br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Notice is hereby given of the entry of the undersigned as counsel for Proposed Defendant-Intervenors Southern Utah Wilderness Alliance and National Parks Conservation Association in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further notice and

copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

> Stephen H.M. Bloch
> Southern Utah Wilderness Alliance
> 425 East 100 South
> Salt Lake City, UT 84111
> steve@suwa.org

    /s/ Stephen Bloch
    Stephen Bloch

*Attorney for Proposed Defendant-Intervenors Southern Utah Wilderness Alliance and National Parks Conservation Association*