Stephen H.M. Bloch (#7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233
steve@suwa.org

*Attorney for Proposed Defendant-Intervenors*
*Southern Utah Wilderness Alliance and*
*National Parks Conservation Association*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH**, *et al.*,  Plaintiffs,  v.  **DEB HAALAND**, *et al.*,  Defendants,  and  **SOUTHERN UTAH WILDERNESS ALLIANCE** and **NATIONAL PARKS CONSERVATION ASSOCIATION**,  Proposed Defendant-Intervenors. | Case No. 4:24-cv-0048-DN-PK  **MOTION FOR PRO HAC VICE ADMISSION**  Judge David Nuffer  Magistrate Judge Paul Kohler |

I move for the pro hac vice admission of Jonathan S. Martel (Applicant) as counsel for Proposed Defendant-Intervenor National Parks Conservation Association, and I consent to serve as local counsel. I am an active member of this Court's bar.

2

 

The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Dated: October 7, 2024

/s/ Stephen Bloch
Stephen Bloch

*Attorney for Proposed Defendant-Intervenors Southern Utah Wilderness Alliance and National Parks Conservation Association*