IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,
SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH** *et al.*,<br><br>              Plaintiffs,<br><br>  v.<br><br>**DEB HAALAND**, *et al.*,<br><br>              Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 4:24-cv-0048-DN-PK |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Jonathan S. Martel.  Based on the motion and for good cause appearing,

   **IT IS HEREBY ORDERED** that the motion is GRANTED.


DATED this ____ day of _____, 20_____.


                                                            BY THE COURT:


                                                            _____