

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Stephen H.M. Bloch |
| Firm: | Southern Utah Wilderness Alliance |
| Address: | 425 East 100 South |
| | Salt Lake City, Utah 84111 |
| | |
| Telephone: | (801) 428-3981 |
| Email: | steve@suwa.org |

| | |
|---|---|
| Pro Hac Vice Applicant: | Kolya Glick |
| Firm: | Arnold & Porter Kaye Scholer LLP |
| Address: | 601 Massachusetts Ave, NW |
| | Washington, DC 20001-3743 |
| | |
| Telephone: | (202) 942-6077 |
| Email: | kolya.glick@arnoldporter.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Commonwealth of Virginia | 89196 | October 30, 2015 |
| District of Columbia | 1015074 | October 17, 2016 |
| Supreme Court of the United States | | February 21, 2023 |
| U.S. Court of Appeals for the Second Circuit | | August 17, 2020 |
| U.S. Court of Appeals for the Fourth Circuit | | January 17, 2017 |
| U.S. Court of Appeals for the Fifth Circuit | | March 23, 2022 |
| U.S. Court of Appeals for the Sixth Circuit | | February 18, 2021 |
| U.S. Court of Appeals for the Eighth Circuit | 22-0441 | November 22, 2022 |
| U.S. Court of Appeals for the Ninth Circuit | | December 14, 2020 |
| U.S. Court of Appeals for the Tenth Circuit | | May 7, 2019 |
| U.S. Court of Appeals for the D.C. Circuit | 61017 | May 15, 2018 |
| U.S. Court of Appeals for the Federal Circuit | | August 4, 2022 |
| U.S. District Court for the Eastern District of | | July 19, 2017 |

| Virginia | | | |
|---|---|---|---|
| U.S. District Court for the District of Columbia | 1015074 | | November 1, 2021 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes      ☒ No

If yes, please explain:

|  |
|---|
|  |

## **LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|---|
|  |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case

activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ Kolya Glick _____     October 1, 2024 _____
Signature                                           Date