IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,
SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH** et al.,<br><br>　　　　　Plaintiffs,<br><br> v.<br><br>**DEB HAALAND**, et al.,<br><br>　　　　　Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 4:24-cv-0048-DN-PK |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Kolya Glick.  Based on the motion and for good cause appearing,

　　**IT IS HEREBY ORDERED** that the motion is GRANTED.


DATED this ____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　_____