

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Stephen H.M. Bloch |
| Firm: | Southern Utah Wilderness Alliance |
| Address: | 425 East 100 South |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 428-3981 |
| Email: | steve@suwa.org |
| | |
| Pro Hac Vice Applicant: | Charles R. Birkel |
| Firm: | Arnold & Porter Kaye Scholer LLP |
| Address: | 601 Massachusetts Ave, NW |
| | Washington, DC 20001-3743 |
| Telephone: | (202) 942-6101 |
| Email: | charlie.birkel@arnoldporter.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Colorado | 54511 | 4/17/2020 |
| District of Columbia | 90000646 | 6/16/2022 |
| Supreme Court of the United States | 319580 | 10/2/2023 |
| United States Court of Appeals for the Eleventh Circuit | 197975612 | 4/18/2024 |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

1

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| Certification | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

10/4/2024
_____
Date