IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DEB HAALAND**, *et al.*, <br><br> Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION <br><br> CASE NO: 4:24-cv-0048-DN-PK |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Charles Birkel. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____