IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants. | No. 4:24-cv-00048-DN-PK <br><br> **[PROPOSED] ORDER STAYING CASE** <br><br> **DISTRICT JUDGE DAVID NUFFER** <br> **MAGISTRATE JUDGE PAUL KOHLER** |

On October 9, 2024, the State of Utah, *et al.* ("Plaintiffs") and Secretary of the Interior Debra Haaland, *et al.* ("Defendants") filed a Joint Motion to Stay Proceedings Until January 17, 2025 ("Joint Motion").

Having reviewed the Joint Motion, and for good cause shown, the Joint Motion is GRANTED. It is hereby ORDERED:

1. The above-captioned case is stayed until January 17, 2025.

2. The Scheduling Order entered on August 16, 2024, ECF No. 21, is vacated.

3. The Parties shall file a status report or proposed scheduling order to the Court for further proceedings on or before January 31, 2025.

DATED this _____ day of October, 2024.

_____
Paul Kohler
United States Magistrate Judge