IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants. | **ORDER STAYING CASE** <br><br> No. 4:24-cv-00048-DN-PK <br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

On October 9, 2024, the State of Utah, *et al.* ("Plaintiffs") and Secretary of the Interior Debra Haaland, *et al.* ("Defendants") filed a Joint Motion to Stay Proceedings Until January 17, 2025 ("Joint Motion"). ECF No. 32.

Having reviewed the Joint Motion, and for good cause shown, the Joint Motion is GRANTED.

It is hereby ORDERED:

1. The above-captioned case is stayed until January 17, 2025, but for the Motion to Intervene currently pending with this Court.

2. The Motion to Intervene entered on October 7, 2024, ECF No. 23, will proceed in usual course.

3. The Scheduling Order entered on August 16, 2024, ECF No. 21, is vacated.

4. The Parties shall file a status report or proposed scheduling order to the Court for further proceedings on or before January 31, 2025.

DATED this 10th day of October, 2024.

_____
Paul Kohler
United States Magistrate Judge