IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants. | No. 4:24-cv-00048-DN-PK<br><br>**RESPONSE TO MOTION TO INTERVENE**<br><br>DISTRICT JUDGE DAVID NUFFER<br>MAGISTRATE JUDGE PAUL KOHLER |

The Southern Utah Wilderness Alliance and the National Parks Conservation Association moved to intervene on October 7, 2024.[1]  The Federal Defendants take no position on the motion.

Respectfully submitted this 21st day of October, 2024.

                TODD KIM
                Assistant Attorney General

                /s/ Jeffrey N. Candrian
                JEFFREY N. CANDRIAN (Colo. 43839)
                Trial Attorney
                U.S. Department of Justice
                Environment and Natural Resources Division
                999 18th St. S. Terrace #370
                Denver, CO 80202
                Tel: (303) 844-1382
                Fax: (303) 844-1350
                Email: jeffrey.candrian@usdoj.gov

---

[1] Doc. 23.

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
150 M St. NE
Washington, D.C.
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
U.S. Department of Justice