# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| **STATE OF UTAH** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DEB HAALAND**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE** and **NATIONAL PARKS CONSERVATION ASSOCIATION**, <br><br> Proposed Defendant-Intervenors. | Case No. 4:24-cv-0048-DN-PK <br><br> **ORDER GRANTING MOTION TO INTERVENE** <br><br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

This matter comes before the Court upon the Motion to Intervene[1] filed by proposed Defendant-Intervenors Southern Utah Wilderness Alliance and National Parks Conservation Association (collectively "Conservation Organizations"). Having reviewed the Motion and determined that intervention is warranted, the Conservation Organizations' Motion is GRANTED.

Signed this 22nd day of October, 2024.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 23, filed October 7, 2024.