IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**[PROPOSED] ORDER STAYING PROCEEDINGS FOR 90 DAYS**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

On January 30, 2025, Plaintiffs and Defendants filed a Motion to Stay Proceedings for 90 days. Defendant-Intervenors took no position on the motion.

Having reviewed the Motion, and for good cause shown, the Motion is GRANTED. It is hereby ORDERED:

1. The above-captioned case is stayed for 90 days, from the date of this order.

2. The parties shall file a status report or proposed scheduling order to the Court for further proceedings on or before the date the stay ends.

DATED this _____ day of January, 2025.

_____
Paul Kohler
United States Magistrate Judge