IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**ORDER STAYING PROCEEDINGS FOR 90 DAYS**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

On January 30, 2025, Plaintiffs and Defendants filed a Motion to Stay Proceedings for 90 days. Doc. No. 36. Defendant-Intervenors took no position on the motion.

Having reviewed the Motion, and for good cause shown, the Motion is GRANTED. It is hereby ORDERED:

1. The above-captioned case is stayed for 90 days, from the date of this order.

2. The parties shall file a status report or proposed scheduling order to the Court for further proceedings on or before the date the stay ends.

DATED this 31st day of January, 2025.

PAUL KOHLER
United States Magistrate Judge