IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK <br><br> **MOTION TO ENTER SCHEDULING ORDER** <br><br> **DISTRICT JUDGE DAVID NUFFER** <br> **MAGISTRATE JUDGE PAUL KOHLER** |

The Court previously stayed this case until May 1, 2025, and ordered the Parties to submit a status report or proposed scheduling order on or before that date.[1] The Parties conferred and agreed to a proposed scheduling order, attached to this motion. The Parties respectfully move the Court to enter the proposed scheduling order.

Respectfully submitted this 1st day of May.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Jeffrey Candrian*

---

[1] Doc. No. 37.

JEFFREY N. CANDRIAN (Colo. 43839)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th St. N. Terrace #600
Denver, CO 80202
Tel: (303) 844-1382
Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
150 M St. NE
Washington, D.C.
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

UTAH ATTORNEY GENERAL'S OFFICE

/s/ *Jeffrey Candrian for Utah AG*
Kathy A.F. Davis
Roger R. Fairbanks
K. Tess Davis
*Assistant Attorneys General*
UTAH ATTORNEY GENERAL'S OFFICE
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
kaitlindavis@agutah.gov

/s/ *Jeffrey Candrian for SUWA*
Stephen Bloch
Hanna Larsen
Laura Peterson
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: hanna@suwa.org

Email: laura@suwa.org

*Counsel for Defendant-Intervenor Southern Utah Wilderness Alliance*

<u>*/s/ Jeffrey Candrian for NPCA*</u>
Kolya D. Glick (D.C. Bar No. 1015074)
Jonathan S. Martel (D.C. Bar No. 428135)
Charles Birkel (D.C. Bar No. 90000646)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 942-5862
Fax: (202) 942-5999
E-mail: kolya.glick@arnoldporter.com
E-mail: jonathan.martel@arnoldporter.com
E-mail: charlie.birkel@arnoldporter.com

*Counsel for Defendant-Intervenor National Parks Conservation Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
U.S. Department of Justice