IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**[PROPOSED] SCHEDULING ORDER UNDER DUCivR 7-4(c)**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

      The Court previously stayed this case until May 1, 2025, and ordered the Parties to submit a status report or proposed scheduling order on or before that date.[1]  Pursuant to that order, the Parties submitted a proposed scheduling order.  Having reviewed and considered the Parties' proposed deadlines, and for good cause appearing, IT IS HEREBY ORDERED that the following schedule shall govern this case:

- Defendants shall file the administrative record by **June 6, 2025**.

- Deadline for Plaintiffs to submit a motion to amend their complaint under Fed. R. Civ. P. 15(a)(2): **June 27, 2025**.[2]

---

[1] Doc. No. 37.
[2] By agreeing to include this deadline in the Scheduling Order, Defendants and Defendant-

- If necessary, Defendants and Defendant-Intervenors shall respond to the amended complaint within 21 days after the amended complaint is filed with the Court.

- If necessary, Plaintiffs and Defendant-Intervenors shall file any objections to or a motion to supplement the contents of the administrative record by **July 11, 2025**.

- If necessary, Defendants shall respond to any objections or motions regarding the administrative record within 21 days from the date of the objections or motion. The reply in support of any objections or motion is due 14 days after Defendants' response.

- Plaintiffs shall file their opening brief by **August 22, 2025**, or 45 days after the resolution of any objections or motions regarding the administrative record, whichever is later.

- Defendants shall file their answer brief by **October 6, 2025**, or 45 days from the filing of Plaintiffs' opening brief, whichever is later.

- Defendant-Intervenors shall file their answer brief by **November 3, 2025**, or 30 days from the filing of Defendants' answer brief, whichever is later.

- Plaintiffs may file a reply brief within 30 days from the filing of the Defendant-Intervenor's answer brief.

Amendments to this scheduling order shall only be approved for good cause shown.

DATED this _____ day of May, 2025.

_____
Paul Kohler
United States Magistrate Judge

---

Intervenors do not waive any objections to Plaintiffs' potential request to amend the complaint.