IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK <br><br> **NOTICE OF FILING OF ADMINISTRATIVE RECORD** <br><br> **DISTRICT JUDGE DAVID NUFFER** <br> **MAGISTRATE JUDGE PAUL KOHLER** |

Pursuant to the Court's Scheduling Order entered on May 1, 2025 (ECF No. 40), Federal Defendants hereby submit the administrative record in the above-captioned matter. The certification and index for the administrative record are attached to this notice as exhibits. Because of its large size, the administrative record and index may be downloaded from the following link:

Link: https://jefs.box.com/s/jjdnd01kels1v35stqrj8caqhvm2mka8

Password: jY6429$zAe6$1*

Should the Parties or Court have any difficulty downloading the files, or prefer a USB file of the administrative record and index, please contact counsel for Federal Defendants.

Respectfully submitted this 6th day of June, 2025.

>ADAM R.F. GUSTAFSON
>Acting Assistant Attorney General
>
>/s/ *Jeffrey N. Candrian*
>JEFFREY N. CANDRIAN
>Colo. State Bar No. 43839
>Trial Attorney
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>999 18th Street, N. Terrace, Suite 600
>Denver, CO 80202
>Tel: (303) 844-1382
>E-mail: jeffrey.candrian@usdoj.gov
>
>MARK J. WIDERSCHEIN
>Ohio Bar No. 100162
>Trial Attorney
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>150 M St. NE
>Washington, D.C. 20002
>Tel: (202) 532-5803
>E-mail: mark.widerschein@usdoj.gov
>
>*Attorneys for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made through the Court's electronic filing and notice system (CM/ECF), which will send notification of such filing to all counsel of record.

        Dated: June 6, 2025.

        /s/ *Jeffrey N. Candrian*
        Jeffrey N. Candrian