IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**NOTICE OF FILING OF UPDATED ADMINISTRATIVE RECORD**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

    Pursuant to the Court's Scheduling Order entered on May 1, 2025 (ECF No. 40), Federal Defendants submitted the administrative record in the above-captioned matter on June 6, 2025. After discussions with Intervenor Southern Utah Wilderness Alliance, Federal Defendants are submitting an updated administrative record. The certification and index for the updated administrative record are attached to this notice as exhibits. Because of its large size, the record and index may be downloaded from the following, updated link:

    Link: https://jefs.box.com/s/wzy5mz27vpfkb1db60j5esf6sxhwx90s

    Password: jY6429$zAe6$1*

    Should the Parties or Court have any difficulty downloading the files, or prefer a USB

file of the updated administrative record and index, please contact counsel for Federal Defendants.

    Respectfully submitted this 22nd day of July, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
Colo. State Bar No. 43839
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, N. Terrace, Suite 600
Denver, CO 80202
Tel: (303) 844-1382
E-mail: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN
Ohio Bar No. 100162
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

*Attorneys for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made through the Court's electronic filing and notice system (CM/ECF), which will send notification of such filing to all counsel of record.

Dated: July 22, 2025.

/s/ *Jeffrey N. Candrian*
Jeffrey N. Candrian