# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## SOUTHERN DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et. al.,<br><br>  Defendant-Intervenors. | **AMENDED SCHEDULING ORDER**<br><br><br>Case No. 4:24-CV-00048-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Based on Plaintiffs' Unopposed Motion to Amend the Scheduling Order,[1] and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. The case deadlines are amended as follows. All deadlines not set forth herein remain unchanged.

    a.    Plaintiffs' Opening Brief: **October 24, 2025.**

    b.    Federal Defendants' Answer Brief: **December 19. 2025.**

    c.    Defendant-Interenors' Answer Brief: **January 30, 2026.**

    d.    Plaintiffs Reply Brief: Within 30 days from the filing of Defendant-Intervenors'

---

[1] Docket No. 43, filed August 8, 2025.

Answer Brief.

Dated this 11th day of August 2025.

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge