THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>        Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et. al.,<br><br>        Defendant-Intervenors. | **AMENDED ORDER REGARDING DUE DATE OF OPENING BRIEF**<br><br>Case No. 4:24-CV-00048-DN-PK<br><br>District Judge David Nuffer |

       This Order amends an October 21, 2025, docket text order which incorrectly stated the effect on the due date for the opening brief of (a) the government shutdown starting October 1, 2025, and (b) General Order 25-005. Originally, the State of Utah's deadline to file an Opening Brief was today, October 24, 2025. Under General Order 25-005 that deadline is "extended for a period commensurate with the duration of the lapse in appropriations, plus seven days." For example, if the shutdown ended today, deadlines would be extended by the 24 days of the shutdown plus 7 days, for a total of 31 days.

       As General Order 25-005 states,

> all civil cases within the District of Utah in which the United States or an agency, corporation, officer, or employee, deemed or otherwise, of the United States is a party and all civil cases within the District of Utah in which the United States Attorney's Office or the Department of Justice is counsel of record are stayed . . . and [in those cases] all deadlines, due dates, or cut-off dates are extended for a period commensurate with the duration of the lapse in appropriations, plus seven days. And civil hearings involving the United States or an agency, corporation,

officer, or employee, deemed or otherwise, of the United States are vacated and will be reset at a time after the lapse in appropriations.

Signed October 24, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge