THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH; UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION**,** an agency of the State of Utah*,* and WAYNE COUNTY, a Utah political subdivision,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF INTERIOR, an agency of the United States of America; CHARLES SAMS, in his official capacity as Director of the National Park Service; NATIONAL PARK SERVICE, an agency of the United States of America; MICHELLE KERNS, in her official capacity as Superintendent of the Glen Canyon National Recreation Area,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | **ORDER AMENDING CASE DEADLINES AND LIFTING THE STAY**<br><br>Case No. 4:24-CV-00048-DN-PK<br><br>District Judge David Nuffer |

After the appropriations act lapsed on September 30, 2025, the federal government shutdown. Chief Judge Parrish responded by issuing General Order 25-005 extending deadlines that came due during the anticipated shutdown "for a period commensurate with the duration of the lapse in appropriations, plus seven days." Federal funding has now been restored, and the

stay on this case was lifted as of November 13, 2025.[1] The shutdown ran from October 1 to November 12, 2025, lasting a total of 43 days.[2]

Plaintiffs' original deadline to file an Opening Brief was October 24, 2025.[3] Now that the government has reopened after a shutdown of 43 days, all deadlines have been extended for a period of 43 days, plus 7 days, under General Order 25-005.

IT IS HEREBY ORDERED that the stay imposed by General Order 25-005 is LIFTED.

IT IS FURTHER ORDERED that the revised deadlines[4] are:

> Plaintiffs Opening Brief: January 5, 2026;
>
> Federal Defendants Answer Brief : March 2, 2026;
>
> Defendant-Intervenors' Answer Brief: April 13, 2026; and
>
> Plaintiffs' Reply Brief: Within 30 days from the filing of Defendant-Intervenors' Answer Brief.

Signed November 21, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] "2025 United States federal government shutdown," *Wikipedia* (Nov. 19, 2025, 10:45 EDT), https://en.wikipedia.org/wiki/2025_United_States_federal_government_shutdown.

[2] *Id*.

[3] Amended Order, docket no. 48, filed October 24, 2025.

[4] Amended Scheduling Order, docket no 46, filed August 11, 2025.