IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

**NOTICE OF WITHDRAWAL OF KOLYA GLICK AS COUNSEL FOR THE**
**<u>NATIONAL PARKS CONSERVATION ASSOCIATION</u>**

Pursuant to the District of Utah Civil Rule 83-1.4(b), Defendant-Intervenor the National Parks Conservation Association ("NPCA") hereby provides notice that Kolya Glick is withdrawing his appearance as counsel for NPCA in the above-referenced case. Mr. Glick is leaving the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"). NPCA is and will continue to be represented by Jonathan Martel and Charles Birkel (both of Arnold & Porter) and Stephen Bloch (of the Southern Utah Wilderness Alliance), all of whom have appeared as counsel for NPCA in this case, and all of whom are aware of and will comply with all pending deadlines, hearings and trial dates.

Date: February 4, 2026

Respectfully submitted,

*/s/ Kolya Glick*
Kolya D. Glick (D.C. Bar No. 1015074)
Jonathan S. Martel (D.C. Bar No. 428135)
Charles Birkel (D.C. Bar No. 90000646)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 942-5862
Fax: (202) 942-5999
E-mail: kolya.glick@arnoldporter.com
E-mail: jonathan.martel@arnoldporter.com
E-mail: charlie.birkel@arnoldporter.com

Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100
South Salt Lake City, UT 84111
Telephone: (801) 486-3161
Fax: (801) 486-4233
steve@suwa.org

*Counsel for Defendant-Intervenor National Parks Conservation Association*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

*/s/ Kolya Glick*
Kolya Glick