IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE ANSWER BRIEF**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

Defendants respectfully move for a two-week extension to file their answer brief, from March 2, 2026 to March 16, 2026. Defendants also respectfully move for a corresponding extension for Defendant-Intervenors' answer brief, from April 13, 2026 to April 27, 2026. In support of this motion, Defendants advise the Court as follows:

1.  Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors before filing this motion. Plaintiffs take no position on the motion and Defendant-Intervenors do not oppose.

2.  Pursuant to a November 21, 2025 Minute Order (Dkt. 49), the Court set the following briefing schedule: Plaintiffs' opening brief due 1/5/26; Defendants' answer brief due

3/2/26; Defendant-Intervenors' answer brief due: 4/13/26; and Plaintiffs' reply brief (if any) due: within 30 days from the filing of Defendant-Intervenors' answer brief.  Plaintiffs filed their opening brief on January 5, 2026 (Dkt. 50).

3. Because of unexpected deadlines in other cases, and previously-scheduled travel for Defendants' counsel, Defendants request a two-week extension to file their answer brief.  The request will not cause prejudice to the other parties, nor will it impede the progress of this case.  Defendants also request a corresponding two-week extension for Defendant-Intervenors' answer brief.

4. A proposed order granting this request is filed with this motion.

Respectfully submitted this 6th day of February, 2026.

> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General
>
> /s/ *Jeffrey N. Candrian*
> JEFFREY N. CANDRIAN (Colo. 43839)
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> 999 18th St. S. Terrace #370
> Denver, CO 80202
> Tel: (303) 844-1382
> Fax: (303) 844-1350
> Email: jeffrey.candrian@usdoj.gov
>
> MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> 150 M St. NE
> Washington, D.C.
> Tel: (202) 532-5803

E-mail: mark.widerschein@usdoj.gov