IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE ANSWER BRIEF**<br><br>**DISTRICT JUDGE DAVID NUFFER<br>MAGISTRATE JUDGE PAUL KOHLER** |

Having reviewed and considered Defendants' unopposed motion for extension to file answer brief, and for good cause appearing, the motion is GRANTED. IT IS HEREBY ORDERED that the following schedule shall govern this case:

- Defendants' answer brief deadline: March 16, 2026.

- Defendant-Intervenors' answer brief deadline: April 27, 2026.

- Plaintiffs' reply brief deadline: within 30 days from filing of Defendant-Intervenors' answer brief.

DATED this _____ day of February, 2026.

_____

Paul Kohler
United States Magistrate Judge