THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH; UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION, an agency of the State of Utah; WAYNE COUNTY, a Utah political subdivision; GARFIELD COUNTY, a Utah political subdivison;<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF INTERIOR, an agency of the United States of America; CHARLES SAMS, in his official capacity as Director of the National Park Service; NATIONAL PARK SERVICE, an agency of the United States of America; MICHELLE KERNS, in her official capacity as Superintendent of the Glen Canyon National Recreation Area,<br><br>Defendant.<br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors, | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE ANSWER BRIEF**<br><br>Case No. 4:24-cv-00048-DN-PK<br><br>District Judge David Nuffer |

Defendants filed an Motion for Extension of Time to File Answer Brief ("Motion").[1]

Defendants ask to extend their deadline to respond by two weeks. The current deadline is March

---

[1] Defendants' Motion for Extension of Time, docket no. 53, filed February 6, 2026.

2, 2026.[2] The Motion is unopposed. Having reviewed and considered Defendants' unopposed motion for extension to file answer brief the motion is GRANTED.

## 1   ORDER

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time to File Answer Brief[3] is GRANTED.

IT IS FURHTER ORDERED that the revised deadlines are:

    Defendants' answer brief deadline: March 16, 2026.

    Defendant-Intervenors' answer brief deadline: April 27, 2026.

    Plaintiffs' reply brief deadline: within 30 days from filing of Defendant-Intervenors' answer brief.

Signed February 6, 2026.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[2] Order Amending Case Deadlines and Lifting the Stay, docket no. 49, filed November 21, 2025.

[3] Defendants' Motion for Extension of Time, docket no. 53, filed February 6, 2026.