IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**DEFENDANTS' UNOPPOSED MOTION TO AMEND ADMINISTRATIVE APPEAL SCHEDULING ORDER**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

Defendants respectfully move to amend the Court's current administrative appeal scheduling order. Specifically, Defendants request a 60-day extension to file their answer brief, from March 16, 2026, to May 15, 2026. Defendants also respectfully move for an extension for Defendant-Intervenors' answer brief, from April 27, 2026, to July 24, 2026. Plaintiffs' reply brief deadline would remain the same (within 30 days from filing of Defendant-Intervenors' answer brief). In support of this motion, Defendants advise the Court as follows:

1. Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors before filing this motion. Plaintiffs support the motion and Defendant-Intervenors do not oppose.

2.      Pursuant to a February 9, 2026 Minute Order (Dkt. 54), the Court granted Defendants' request to adjust the scheduling order and set the following briefing schedule: Defendants' answer brief due March 16, 26; Defendant-Intervenors' answer brief due April 27, 26; and Plaintiffs' reply brief (if any) due within 30 days from the filing of Defendant-Intervenors' answer brief.  Plaintiffs filed their opening brief on January 5, 2026 (Dkt. 50).

3.      Because of recent off-road vehicle ("ORV") management issues at Glen Canyon National Recreation Area—specifically, in the Orange Cliffs Special Management Unit ("Orange Cliffs"), which is the subject of this litigation—Defendants request an additional 60 days to file their answer brief (to May 15, 2026), and an extension for Defendant-Intervenors' brief (to July 24, 2026).  Plaintiffs' reply brief deadline would not change (within 30 days from filing of Defendant-Intervenors' answer brief). The Department of the Interior needs additional time to consider land management policy and legal considerations related to this litigation.  This will include additional discussions with Plaintiffs related to ORV management in Orange Cliffs. Defendant-Intervenors need additional time because a 60-day extension to their deadline would create conflicts with preexisting obligations of counsel.  The request will not cause prejudice to the other parties, nor will it unduly impede the progress of this case.

4.      For these reasons, there is good cause for this request.

5.      A proposed order granting this request is filed with this motion.

Respectfully submitted this 5th day of March, 2026.

    ADAM R.F. GUSTAFSON
    Principal Deputy Assistant Attorney General

    /s/ *Jeffrey N. Candrian*
    JEFFREY N. CANDRIAN (Colo. 43839)

Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th St. S. Terrace #370
Denver, CO 80202
Tel: (303) 844-1382
Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
150 M St. NE
Washington, D.C.
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov