KATHY A.F. DAVIS (#4022)
ROGER R. FAIRBANKS (#3792)
JASON DEFOREST (#14628)
Assistant Attorneys General
Utah Attorney General's Office
MARK BOSHELL (#16002)
Special Assistant Attorneys General
DEREK E. BROWN (#10476)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
jdeforest@agutah.gov
mboshell@utah.gov

*Attorneys for Plaintiffs*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Burgum, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants,<br><br>and<br><br>SUWA, *et al.*,<br><br>Defendant-Intervenors. | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**<br><br>Case No. 4:24-cv-00048-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

The undersigned appears as counsel for Plaintiffs in the above-captioned case. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

Jason L. DeForest
Assistant Attorney General
1594 W North Temple

Salt Lake City, Utah 84116
jdeforest@agutah.gov

RESPECTFULLY SUBMITTED this 9th day of March, 2026.

*/s/ Jason DeForest*
JASON DEFOREST
*Assistant Attorney General*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of March, 2026, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS to be served on the parties through the Court's electronic filing system.

      /s/ Jason DeForest
      JASON DEFOREST
      *Assistant Attorney General*