UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et. al.,<br><br>  Defendant-Intervenors. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 4:24-CV-00048-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Having reviewed and considered Defendants' unopposed motion to amend the scheduling order,[1] and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. The following schedule shall govern this case:

  a.  Federal Defendants' Answer Brief: **May 15. 2026.**

  b.  Defendant-Intervenors' Answer Brief: **July 24, 2026.**

  c.  Plaintiffs Reply Brief: Within 30 days from the filing of Defendant-Intervenors' Answer Brief.

Dated this 10th day of March 2026.

---

[1] Docket No. 55, filed March 5, 2026.

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge