IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | **No. 4:24-cv-00048-DN-PK**<br><br><br>**[PROPOSED] ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**<br><br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

Having reviewed and considered Defendants' unopposed motion to amend the scheduling order, and for good cause appearing, the motion is GRANTED. IT IS HEREBY ORDERED that the following schedule shall govern this case:

- Defendants' answer brief deadline: July 15, 2026.

- Defendant-Intervenors' answer brief deadline: September 15, 2026.

- Plaintiffs' reply brief deadline: within 30 days from filing of Defendant-Intervenors' answer brief.

DATED this _____ day of April, 2026.

1

Paul Kohler
United States Magistrate Judge