ROGER R. FAIRBANKS (#3792)
JASON DEFOREST (#14628)
Assistant Attorneys General
Utah Attorney General's Office
MARK BOSHELL (#16002)
Special Assistant Attorney General
DEREK E. BROWN (#10476)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
jdeforest@agutah.gov
mboshell@utah.gov

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et. al.,*<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et. al.,<br><br>Defendant-Intervenors. | **No. 4:24-cv-00048-DN-PK**<br><br>**MOTION TO STAY PROCEEDINGS UNTIL October 12, 2026**<br><br>**DISTRICT JUDGE DAVID NUFFER MAGISTRATE JUDGE PAUL KOHLER** |

Plaintiffs respectfully move the Court to 1) enter a stay of the proceedings in this case up to and including October 12, 2026, and 2) vacate the May 1, 2026, scheduling order (Dkt 59). In support of this request, the Plaintiffs advise the Court as follows:

1.      Counsel for Plaintiffs conferred with counsel for Defendants and reached out to counsel for Defendant-Intervenors before filing this motion.  Defendants support the motion. Defendant-Intervenors have not responded and presumably take no position or oppose the motion.

2.      Pursuant to a May 1, 2026, Order (Dkt. 59), the Court granted a motion to amend the scheduling order in this case.  Under that order, Defendants' answer brief is due July 15, 2026, Defendant-Intervenors' answer brief is due September 15, 2026, and Plaintiffs' reply brief is due 30 days from the filing of Defendant-Intervenors' brief.  Since the order, Plaintiffs and Defendants have discussed off-road vehicle management issues at Glen Canyon National Recreation Area specifically related to the Orange Cliffs Special Management Unit, which is the focus of this legal action.  Those discussions have included options for the potential settlement of this litigation.  Plaintiffs and Defendants are making progress, believe that a settlement can be reached and request additional time to continue discussions. Staying the case and vacating for now the briefing deadlines will not unduly delay the progress of this case.

3.      For these reasons Plaintiffs request that (1) this case be stayed until October 12, 2026, and (2) that the Court vacate the scheduling order entered on May 1, 2026.  Following the end of the stay, the parties request that they be ordered to submit a status report or proposed scheduling order to the Court within 14 days.

4.      A proposed order granting this motion is filed herewith.

Respectfully submitted this 7th day of July, 2026.

/s/ Roger R Fairbanks
ROGER R. FAIRBABNKS
*Assistant Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2026, I caused a true and correct copy

of the foregoing **MOTION TO STAY PROCEEDINGS** to be served on the parties through the

Court's electronic filing system.


/s/ Roger R. Fairbanks
ROGER R. FAIRBANKS
*Assistant Attorney General*