IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et. al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et. al.,<br><br>Defendant-Intervenors. | No. 4:24-cv-00048-DN-PK<br><br>**[PROPOSED] ORDER STAYING PROCEEDINGS UNTIL October 12, 2026**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

On July _____ 2026, Plaintiffs filed a Motion to Stay Proceedings in this case until October 12, 2026. Defendants support the Motion. Defendant-Intervenors took no position on the motion.

Having reviewed the Motion, and for good cause shown, the Motion is GRANTED. It is hereby ORDERED:

1. The above-captioned case is stayed until October 12, 2026 and the scheduling order entered on May 1, 2026, is vacated.

2. Following the end of the stay, the parties shall submit a status report or proposed scheduling order to the Court within 14 days.

DATED this _____ day of July, 2026.

_____
Paul Kohler
United States Magistrate Judge