IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al*.,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | **No. 4:24-cv-00048-DN-PK**<br><br><br>**DEFENDANTS' UNOPPOSED MOTION TO AMEND ADMINISTRATIVE APPEAL SCHEDULING ORDER**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

Defendants respectfully move to amend the Court's current administrative appeal scheduling order. Specifically, Defendants request a 60-day extension to file their answer brief, from July 15, 2026, to September 15, 2026. Defendants also respectfully move for an extension for Defendant-Intervenors' answer brief deadline, from September 15, 2026, to October 15, 2026. Plaintiffs' reply brief deadline would remain the same (within 30 days from filing of Defendant-Intervenors' answer brief). In support of this motion, Defendants advise the Court as follows:

1. Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors before filing this motion. Plaintiffs support the motion and Defendant-Intervenors take no

position.

2.      Pursuant to a May 1, 2026 Minute Order (Dkt. 59), the Court granted Defendants' request to adjust the scheduling order.  Since the order, Plaintiffs and Defendants have discussed a potential settlement of this litigation. Although the parties have not reached a settlement at this time, they have made progress and desire to continue settlement negotiations.

3.      On July 7, 2026, Plaintiffs filed a motion to stay the proceedings to allow for continued settlement discussions. Dkt. 60.  Defendants supported that request, but Plaintiffs indicated that Defendant-Intervenors had not taken a position on the motion as of the filing.  On July 8, 2026, the Court ordered Defendant-Intervenors to submit a response, should they choose, by July 13, 2026.

4.      Considering Defendants' answer brief is currently due July 15, 2026, Defendants submit this request because the Court may not decide the motion to stay before July 15, 2026. Extending the briefing deadlines will not unduly delay the progress of this case and promotes judicial efficiency.

5.      For these reasons, there is good cause for this request.

6.      A proposed order granting this request is filed with this motion.

Respectfully submitted this 9th day of July, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN (Colo. 43839)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th St. S. Terrace #370

Denver, CO 80202
Tel: (303) 844-1382
Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
150 M St. NE
Washington, D.C.
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
U.S. Department of Justice