IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*, Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | **No. 4:24-cv-00048-DN-PK**<br><br><br>**ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**<br><br><br>**DISTRICT JUDGE DAVID NUFFER<br>MAGISTRATE JUDGE PAUL KOHLER** |

Having reviewed and considered Defendants' unopposed motion to amend the scheduling order,[1] and for good cause appearing, the motion is GRANTED.  IT IS HEREBY ORDERED that the following schedule shall govern this case:

- Defendants' answer brief deadline: September 15, 2026.

- Defendant-Intervenors' answer brief deadline: October 15, 2026.

- Plaintiffs' reply brief deadline: within 30 days from filing of Defendant-Intervenors' answer brief.

---

[1] Docket No. 62, filed July 9, 2026.

1

DATED this 10th day of July, 2026.

_____
PAUL KOHLER
United States Magistrate Judge