Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

Jonathan Martel (Pro Hac Vice)
Charles Birkel (Pro Hac Vice)
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 942-5862
jonathan.martel@arnoldporter.com
charlie.birkel@arnoldporter.com

*Attorneys for Defendant-Intervenor*
*National Parks Conservation Association*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| **STATE OF UTAH** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DOUG BURGUM**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE** and **NATIONAL PARKS CONSERVATION ASSOCIATION**, <br><br> Defendant-Intervenors. | Case No. 4:24-cv-0048-DN-PK <br><br> **DEFENDANT-INTERVENORS' RESPONSE TO MOTION TO STAY (ECF NO. 60)** <br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

On July 7, 2026, Plaintiffs filed a Motion to Stay Proceedings until October 12, 2026

(ECF No. 60). In accordance with the Court's July 8 minute order (ECF No. 61), Defendant-

Intervenors Southern Utah Wilderness Alliance and National Parks Conservation Association

hereby state they take no position on the Plaintiffs' Motion to Stay.


Respectfully submitted July 13, 2026.

*s/ Hanna Larsen*
Hanna Larsen
Stephen Bloch
Laura Peterson

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

Jonathan Martel (Pro Hac Vice)
Charles Birkel (Pro Hac Vice)

*Attorneys for Defendant-Intervenor National*
*Parks Conservation Association*