IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et. al.,*<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et. al.,<br><br>Defendant-Intervenors. | **No. 4:24-cv-00048-DN-PK**<br><br>**ORDER STAYING PROCEEDINGS UNTIL October 12, 2026**<br><br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

On July 7, 2026, Plaintiffs filed a Motion to Stay Proceedings in this case until October 12, 2026.[1] Defendants support the Motion. Defendant-Intervenors took no position on the motion.

Having reviewed the Motion, and for good cause shown, the Motion is GRANTED. It is hereby ORDERED:

1. The above-captioned case is stayed until October 12, 2026 and the scheduling order entered on July 10, 2026, is vacated.

2. Following the end of the stay, the parties shall submit a status report or proposed scheduling order to the Court within 14 days.

---

[1] Docket No. 60, filed July 7, 2026.

DATED this 14th day of July, 2026.

_____
PAUL KOHLER
United States Magistrate Judge