IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | **No. 4:24-cv-00048-DN-PK**<br><br>**STATUS REPORT AND FEDERAL DEFENDANTS' UNOPPOSED REQUEST REGARDING FURTHER STATUS REPORT OR SCHEDULING ORDER**<br><br>**DISTRICT JUDGE DAVID NUFFER MAGISTRATE JUDGE PAUL KOHLER** |

Federal Defendants respectfully submit this status report and unopposed request that the Court order the parties to submit, if necessary, another status report or a proposed scheduling order by January 15, 2027. In support of this request, Federal Defendants advise the Court as follows:

1. Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors before filing this report and request. Plaintiffs support this report and request and Defendant-Intervenors take no position.

2. On July 14, 2026, the Court stayed this matter until October 12, 2026, and ordered the parties to submit a status report or proposed scheduling order by October 26, 2026. Dkt. No.

65. Federal Defendants and Plaintiffs moved for a stay to allow for settlement negotiations.

3. Since the July 14 Order, Federal Defendants and Plaintiffs have consistently met to discuss a potential settlement of this litigation. Defendant-Intervenors have not taken part in the settlement negotiations. Federal Defendants and Plaintiffs recently reached a settlement in principle. However, Federal Defendants and Plaintiffs need additional time to obtain the necessary final approvals from their respective clients.

4. For these reasons, Federal Defendants and Plaintiffs request that the Court order the parties to submit another status report or a proposed scheduling order by January 15, 2027, if necessary. There is good cause for the request, which promotes judicial efficiency.

5. A proposed order granting this request is filed with this status report.

Respectfully submitted this 26th day of October, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN (Colo. 43839)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
999 18th St. S. Terrace #370
Denver, CO 80202
Tel: (303) 844-1382
Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov
MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
150 M St. NE
Washington, D.C.
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
U.S. Department of Justice