IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | **No. 4:24-cv-00048-DN-PK**<br><br>**[PROPOSED] ORDER RE: STATUS REPORT AND FEDERAL DEFENDANTS' UNOPPOSED REQUEST REGARDING FURTHER STATUS REPORT OR SCHEDULING ORDER**<br><br>**DISTRICT JUDGE DAVID NUFFER**<br>**MAGISTRATE JUDGE PAUL KOHLER** |

Having reviewed and considered Federal Defendants' status report and unopposed request regarding further status report or scheduling order, the request is GRANTED. IT IS HEREBY ORDERED that the Parties shall file a status report or proposed scheduling order by January 15, 2027.

DATED this _____ day of October, 2026.

______________________________
Paul Kohler
United States Magistrate Judge