IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Defendant-Intervenors. | ORDER RE: STATUS REPORT AND FEDERAL DEFENDANTS' UNOPPOSED REQUEST REGARDING FURTHER STATUS REPORT OR SCHEDULING ORDER<br><br>Case No. 4:24-cv-00048-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed and considered Federal Defendants' status report and unopposed request regarding further status report or scheduling order,[1] the request is GRANTED.

IT IS HEREBY ORDERED that the Parties shall file a status report or proposed scheduling order by January 15, 2027.

DATED this 27th day of October, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

[1] Docket No. 66, filed October 26, 2026.